So Ordered.

Dated: January 5, 2026



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   Charles R. Harvey,

Debtor.

Case No. 25-23817-rmb
(Chapter 7)

**ORDER AUTHORIZING THE U.S. TRUSTEE TO ISSUE SUBPEONA TO FORD OF LAKE GENEVA LLC FOR PRODUCTION OF DOCUMENTS UNDER FED. R. BANKR. P. 2004**

Upon the U.S. Trustee's motion for an order authorizing the issuance of a subpoena to Ford of Lake Geneva LLC requiring the production of documents (the "Motion"),

IT IS ORDERED:

1.      The Motion is GRANTED.

2.      The U.S. Trustee is authorized to serve a document subpoena upon Ford of Lake Geneva LLC.

3.      Ford of Lake Geneva shall produce the following documents to the U.S. Trustee by January 20, 2026:

Drafted by:
Laura D. Steele
Attorney for the United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
Phone:  414-297-4499; Email: Laura.Steele@usdoj.gov

a.  All membership agreements, operating agreements, and or charters for Ford of Lake Geneva LLC in effect from January 1, 2019 through December 31, 2025. To include copies of all amendments through December 31, 2025.

b.  Records sufficient to demonstrate all payments, benefits, and or expenses paid by Ford of Lake Geneva LLC to the Debtor, or on behalf of the Debtor from January 1, 2024 through December 31, 2025.

c.  Copies of all written employment and or consulting agreements between the Debtor and Ford of Lake Geneva LLC in effect from January 1, 2023 through December 31, 2025.

d.  Copies of all 1099s, W2s, and any other income statement issued to the Debtor from Ford of Lake Geneva LLC for tax years 2023, 2024, and 2025.

e.  Copies of all payroll records regarding the Debtor from January 1, 2023 through December 31, 2025.

f.  All ownership agreements and or charters in effect from January 1, 2020 through December 31, 2025.

g.  A list/accounting of all non-payroll benefits provided to the Debtor such as: health insurance, company cars, cell phones, and or any other fringe benefit or regular expense reimbursement made by Ford of Lake Geneva LLC, whether directly or indirectly, to the Debtor.

h.  A roster of all company employees as of January 1, 2025, to include a copy of the organizational chart diagraming who runs the organization and supervises employees. Please also provide copies of all modifications to the organization chart made after January 1, 2025.

i.  All bank signature cards in effect as of January 1, 2025, that indicate the individuals who are authorized to access/withdraw funds and write checks from Ford of Lake Geneva LLC's business bank accounts.

#####

2