# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:   Charles R. Harvey,

           Debtor.

Case No. 25-23817-rmb
(Chapter 7)

## DEBTOR CHARLES R. HARVEY'S VOLUNTARY WAIVER OF DISCHARGE UNDER 11 U.S.C. § 727(a)(10)

I, Charles R. Harvey, state as follows:

1. I am the Debtor in this voluntary chapter 7 bankruptcy case.

2. I make these statements and this waiver of discharge voluntarily and after thoroughly discussing this matter with my attorney and after having been fully informed of the consequences.

3. I hereby voluntarily waive my bankruptcy discharge under 11 U.S.C. § 727(a)(10).

4. This waiver applies to all my debts existing at the time I filed my bankruptcy petition on July 2, 2025, whether such debts are listed in my petition and schedules or not. There are no qualifications to this waiver. I fully understand that I will remain legally liable for all such debts.

5. I request that the Court approve the waiver of my discharge.

CHARLES R. HARVEY
Debtor

Dated: 2/17/26

ASHLEY L. RENZ
Attorney for Debtor

Dated: 2-17-26

Drafted by:
Laura D. Steele
Attorney for the United States Trustee
Office of the United States Trustee
517 East Wisconsin, Room 430
Milwaukee, WI 53202
(414) 297-4499 / Laura.Steele@usdoj.gov