UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:   Charles R. Harvey,

                Debtor.

Case No. 25-23817-rmb
(Chapter 7)

---

## MOTION TO APPROVE VOLUNTARY WAIVER OF DISCHARGE

---

United States Trustee,  Adam G. Brief, by Attorney Laura D. Steele, requests that the Court approve Debtor Charles R. Harvey's Voluntary Waiver of Discharge and states:

1.      The Debtor commenced a voluntary chapter 7 case on July 2, 2025. The Debtor is represented by Attorney Ashley L. Renz of Seymour Kremer Koch LLP.

3.      The 11 U.S.C. § 341 Meeting of Creditors was held August 7, 2025, before chapter 7 Trustee Steven R. McDonald.

4.      On December 23, 2025, the Court entered an Order for Production of Documents and Examination of the Debtor under Fed. R. Bankr. P. 2004. ECF No. 32. The Debtor tardily provided some but not all of the records requested by the U.S. Trustee. The adjourned Rule 2004 examination was scheduled for February 18, 2026.

5.      On February 17, 2026, the Debtor provided a signed voluntary waiver of discharge under 11 U.S.C. § 727(a)(10) to the U.S. Trustee

6.      The Debtor's signed waiver has been filed with the Court. ECF No. 45.

Laura D. Steele
Attorney for the United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
Phone:  414-297-4499  Email: Laura.Steele@usdoj.gov

WHEREFORE, the U.S. Trustee requests that the Court accept Debtor Charles R. Harvey's voluntary waiver of discharge under 11 U.S.C. § 727(a)(10), enter an order and judgment denying Charles R. Harvey's discharge, and grant such other relief as may be just.

Dated:   February 17, 2026.

ADAM G. BRIEF
United States Trustee

LAURA D. STEELE
Attorney for the United States Trustee