So Ordered.

Dated: February 20, 2026



Rachel M. Blise
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In re: Charles R. Harvey,

Case No. 25-23817-rmb
(Chapter 7)

Debtor.

## ORDER APPROVING WAIVER OF DISCHARGE

On February 17, 2026, the United States Trustee filed a Voluntary Waiver of Discharge which was signed by the Debtor, Charles R. Harvey. The United States Trustee then filed a Motion to Approve the Waiver.

NOW, THEREFORE, after consideration of the Waiver, the Motion to Approve the Waiver, and the Court being satisfied that the Waiver is a conscious and informed decision and meets the requirements of the Bankruptcy Code,

IT IS ORDERED,

1. The Court approves the Debtor's Waiver of Discharge pursuant to 11 U.S.C. § 727(a)(10).

2. The Clerk of the Bankruptcy Court shall not enter a discharge in this case.

#####

Drafted by:
Laura D. Steele
Attorney for the United States Trustee
Office of the United States Trustee
517 East Wisconsin, Room 430
Milwaukee, WI 53202
(414) 297-4499 / laura.steele@usdoj.gov